IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK MATUZA, as POA of Mother Hope Matuza;<br><br>Plaintiff,<br><br>vs.<br><br>CSL ELKHORN, L.L.C, CSL ELKHORN MANAGEMENT, L.L.C., SONIDA SENIOR LIVING, INC., JOHN DOE(S), and JANE DOE(S),<br><br>Defendants. | **8:23CV63**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties Stipulation for Dismissal with Prejudice (Filing No. 53). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice, with each party to pay their own costs, complete records waived.

Dated this 11th day of December, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge